```
             UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

JAY FOLSE,

      Plaintiff,

v().                                  Civil Action No. 2:22-cv-00171

JOHN MCCUSKEY, JR., in his
individual and official
capacities;
G. RUSSELL ROLLYSON, JR.,
in his individual and official
capacities;
WALLACE LOONEY, in his individual
and official capacities
LISA HOPKINS; in her individual
and official capacities
STEPHEN CONNOLLY, in his individual
and official capacities;
MICHAEL NUSBAUM, in his individual
and official capacities;
KEVIN FOREMAN, in his individual
and official capacities,

      Defendants.

## ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on September 23, 2022; and the Magistrate Judge having recommended that the court deny the Defendants' motions to dismiss the Plaintiff's Complaint, ECF Nos. 7, 9, 13, 17, 22, 27, and the motions for more definite statement filed by Defendants Stephen Connolly, ECF No. 11, Lisa Hopkins, ECF No. 15, and Michael Nusbaum, ECF No. 19; and no objection having

been filed to the Proposed Findings and Recommendation, it is **ORDERED** that the findings made in the Proposed Findings and Recommendation of the Magistrate Judge be, and hereby are, adopted by the court and incorporated herein.

It is, therefore, ORDERED that the Defendants' motions to dismiss the Plaintiff's Complaint, ECF Nos. 7, 9, 13, 17, 22, 27, and motions for a more definite statement, ECF Nos. 11, 15, 19, be, and hereby are, dismissed without prejudice.

The Clerk is directed to transmit copies of this memorandum opinion and order to the movants, all counsel of record, and the United States Magistrate Judge.

ENTER: October 18, 2022

John T. Copenhaver, Jr.
Senior United States District Judge