```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

JAY FOLSE,

    Plaintiff,

v.                                            Civil Action No. 2:22-cv-00171

JOHN MCCUSKEY, JR., in his
individual and official
capacities;
G. RUSSELL ROLLYSON, JR.,
in his individual and official
capacities;
WALLACE LOONEY, in his individual
and official capacities
LISA HOPKINS; in her individual
and official capacities
STEPHEN CONNOLLY, in his individual
and official capacities;
MICHAEL NUSBAUM, in his individual
and official capacities;
KEVIN FOREMAN, in his individual
and official capacities,

    Defendants.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation ("PF&R") of the United States Magistrate Judge Dwane L. Tinsley, entered August 8, 2023; the Magistrate Judge having recommended the motions of defendants Hopkins, Connolly, and Nusbaum, ECF Nos. 36, 38, 40, 42, 44, and 46, be denied; and no objections having been filed to the PF&R, it is ORDERED that the PF&R of the Magistrate Judge be, and it hereby is, adopted by the court and incorporated herein.

The Clerk is directed to transmit copies of this memorandum opinion and order to all counsel of record, any unrepresented parties, and the United States Magistrate Judge.

ENTER: August 28, 2023

_____
John T. Copenhaver, Jr.
Senior United States District Judge